U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:26-cv-01278 (VAB) |
| DEFENDANT<br>State of Connecticut, et al | TYPE OF PROCESS<br>Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
The Board of Trustees of the University of Connecticut

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
352 Mansfield Road, Unit 1048, Storrs, Connecticut 06269-1048

| | |
|---|---|
| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | Number of process to be served with this Form 285 |
| Luke A. Miller, United States Department of Justice, Civil Division<br>450 5th Street NW<br>Washington, DC 20001<br>Luke.Miller2@usdoj.gov | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*
Service on: The Board of Trustees of the University of Connecticut

| Signature of Attorney other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Michelle L. McConaghy | ☒ PLAINTIFF ☐ DEFENDANT | 203-821-3769 | 8-14-26 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 14 | No. 14 | [signature] | 8/17/26 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| [signature] Jenna Rowlson | 8/24/26 | 0920 | ☒ am ☐ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | [signature] | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS
- 1 DUSM
- 2 hours
- 27 mi
- First endeavor served

U.S. MARSHALS
AUG 17 2026
DISTRICT OF CT