**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| USA,<br>*Plaintiff,*<br><br>V.<br><br>STATE OF CONNECTICUT<br>ET AL.,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 3:26-CV-01278 (VAB)<br><br><br><br><br><br><br>SEPTEMBER 11, 2026 |

**APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in the above-captioned case for the Defendants, State of Connecticut, Office of Higher Education, Timothy Larson in his official capacity, Board of Regents for Higher Education, and Board of Trustees of the University of Connecticut.

Dated at Hartford, Connecticut, this 11th day of September 2026.

DEFENDANTS,
STATE OF CONNECTICUT, OFFICE OF HIGHER EDUCATION, TIMOTHY LARSON IN HIS OFFICIAL CAPACITY, BOARD OF REGENTS FOR HIGHER EDUCATION, AND BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
darren.cunningham@ct.gov

## CERTIFICATION

I hereby certify that on September 11, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Darren P. Cunningham* ___________
Darren P. Cunningham
Assistant Attorney General