**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| USA,<br>*Plaintiff,*<br><br>V.<br><br>STATE OF CONNECTICUT<br>ET AL.,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 3:26-CV-01278 (VAB)<br><br><br><br><br><br><br>SEPTEMBER 11, 2026 |

**<u>CONSENT MOTION FOR EXTENSION OF TIME</u>**
**<u>AND JOINT SCHEDULING ORDER</u>**

The Defendants hereby file this joint motion for a scheduling order in response to the complaint in this action filed by the Plaintiff on August 10, 2026. Doc. 1.

1. Defendants to file a responsive pleading to the complaint pursuant to Rule 12 by October 23, 2026.
2. Plaintiff to file opposition to any Rule 12(b) motion filed by Defendants and any motion for summary judgment pursuant to Rule 56 by November 20, 2026.
3. Defendants to file any reply brief in support of their Rule 12(b) motion and in opposition to Plaintiffs motion for summary judgment by December 1, 2026.
4. Plaintiff to file any reply brief in support of its motion for summary judgment by December 8, 2026.

This schedule has the full consent of the Plaintiff.

Pursuant to Local Rule 7(b)(3) this motion is being filed today because the parties did not reach agreement (despite best efforts) on this schedule until yesterday.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request the Court grant this motion.

DEFENDANTS,
STATE OF CONNECTICUT, OFFICE OF HIGHER EDUCATION, TIMOTHY LARSON IN HIS OFFICIAL CAPACITY, BOARD OF REGENTS FOR HIGHER EDUCATION, AND BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham

Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
darren.cunningham@ct.gov

**CERTIFICATION**

I hereby certify that on September 11, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Darren P. Cunningham* ___________
Darren P. Cunningham
Assistant Attorney General