**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| USA,<br>*Plaintiff,* | : | CIVIL NO. 3:26-CV-01278 (VAB) |
| V. | : | |
| STATE OF CONNECTICUT<br>ET AL.,<br>*Defendants* | : | OCTOBER 20, 2026 |

CONSENT MOTION FOR EXTENSION OF TIME
AND JOINT SCHEDULING ORDER

The Defendants hereby file this joint motion to modify the scheduling order entered by the court on September 14, 2026 (Doc. 20), as follows:

1. Defendants' responsive pleading due by November 6, 2026.
2. Opposition to any Rule 12(b) motion due December, 4, 2026.
3. Any Rule 56 motion for summary judgment due by December 4, 2026.
4. Any reply brief in support of a Rule 12(b) motion due by January 5, 2027.
5. Any opposition to Plaintiffs Rule 56 motion for summary judgment by January 6, 2027.
6. Any reply in support of a Rule 56 motion summary judgment due by January 27, 2027

Plaintiff CONSENTS to the granting of this Motion.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request the Court grant this Motion.

DEFENDANTS,
STATE OF CONNECTICUT, OFFICE OF HIGHER EDUCATION, TIMOTHY LARSON IN HIS OFFICIAL CAPACITY, BOARD OF REGENTS FOR HIGHER EDUCATION, AND BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham

Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
darren.cunningham@ct.gov

## CERTIFICATION

I hereby certify that on October 20, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Darren P. Cunningham* ___________
Darren P. Cunningham
Assistant Attorney General