**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>STATE OF CONNECTICUT ET AL.,<br>*Defendants*. | No. 3:26-cv-01278 (VAB) |

**SCHEDULING ORDER**

The Court adopts the following schedule for pre-trial deadlines based on the parties' Rule 26(f) Report, the Court's preferences with respect to scheduling, and the Court's current calendar:

- Joinder of parties due by **October 30, 2026**. (Plaintiff)
- Amended pleadings due by **October 30, 2026**.
- Joinder of parties due by **November 6, 2026**. (Defendants)
- Defendants' responsive pleading due by **November 6, 2026**.
- Opposition to any Rule 12(b) motion due by **December 4, 2026**.
- Dispositive motions due by **December 4, 2026**.
- Any reply brief in support of a Rule 12(b) motion due by **January 8, 2027**.
- Any opposition to a Rule 56 motion for summary judgment due by **January 8, 2027**.
- Any reply in support of a Rule 56 motion for summary judgment due by **January 29, 2027**.

**SO ORDERED** at New Haven, Connecticut, this 27th day of October 2026.

/s/ Victor A. Bolden
Victor A. Bolden
United States District Judge