**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| USA,<br>*Plaintiff,*<br><br>V.<br><br>STATE OF CONNECTICUT<br>ET AL.,<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL NO. 3:26-CV-01278 (VAB)<br><br><br><br><br><br><br>NOVEMBER 5, 2026 |

CONSENT MOTION FOR EXTENSION OF TIME
AND JOINT SCHEDULING ORDER

The Defendants hereby file this joint motion to modify the scheduling order entered by the court on October 27, 2026 (Doc. 24), as follows:

1. Defendants' responsive pleading due by November 13, 2026.
2. Opposition to any Rule 12(b) motion due December 11, 2026.
3. Any Rule 56 motion for summary judgment due by December 11, 2026.
4. Any reply brief in support of a Rule 12(b) motion due by January 15, 2027.
5. Any opposition to Plaintiffs Rule 56 motion for summary judgment by January15, 2027.
6. Any reply in support of a Rule 56 motion summary judgment due by February 5, 2027

Pursuant to Local Rule 7(b)(3), Defendants aver that compelling circumstances warrant the granting of this motion. Specifically, today, counsel for the Defendants discovered that staffing issues would prevent them from filing a responsive pleading within the current deadline.

Plaintiff **CONSENTS** to the granting of this Motion.

WHEREFORE, for the foregoing reasons, the Defendants respectfully request the Court grant this Motion.

DEFENDANTS,
STATE OF CONNECTICUT, OFFICE OF HIGHER EDUCATION, TIMOTHY LARSON IN HIS OFFICIAL CAPACITY, BOARD OF REGENTS FOR HIGHER EDUCATION, AND BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Darren P. Cunningham
Darren P. Cunningham
Assistant Attorney General
Federal Bar No. ct25380
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5210
Fax: (860) 808-5385
darren.cunningham@ct.gov

**CERTIFICATION**

I hereby certify that on November 5, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Darren P. Cunningham* ___________
Darren P. Cunningham
Assistant Attorney General