# EXHIBIT A

**BR 16-098**

## BOARD OF REGENTS FOR HIGHER EDUCATION

# RESOLUTION

### concerning

### Western Connecticut State University Tuition Pilot

September 16, 2016

WHEREAS, The Board pursuant to its statutory authority - Section 10a-99 and Public Act 11-48 of the Connecticut General Statutes (CGS) – shall review and establish tuition and fees annually for the Connecticut State Colleges & Universities for such purposes as the board deems necessary, and

WHEREAS, Western Connecticut State University (WCSU) has been developing a strategy to reverse a negative enrollment trend, and

WHEREAS, WCSU is located on the New York State border, and

WHEREAS, But for the high differential between in-state and out-of-state tuition and fee rates charged by the Universities, WCSU believes that it could considerably increase enrollments from neighboring counties, and

WHEREAS, In the first year of such pilot, WCSU will need to invest approximately $290K in tuition revenue and $100K in marketing the pilot, and

WHEREAS, In subsequent years, the management of WCSU believes the program will result in enrollment sufficient to enhance their fiscal position, and

WHEREAS, The other three CSUs may be impacted, but the impact is mitigated by confining the pilot to select counties, therefore be it

RESOLVED, That WCSU's proposal be approved to waive out-of-state rates for students resident in the New York counties of Dutchess, Putnam, Westchester, Orange, Rockland, Sullivan and Ulster to the extent of an in-state student as a pilot program spanning two full academic cycles, and that this pilot will begin in Fall 2017.

A True Copy:

Erin A. Fitzgerald, Secretary of the
CT Board of Regents for Higher Education

**ATTACHMENT A**

**August 15, 2016**

**Proposal for a Pilot Tuition Discount Plan to Increase Student Enrollment in Select New York Neighboring Counties At Western Connecticut State University (WCSU)**

## 1. Proposal

Commencing with the Fall, 2017 semester, as a two year pilot program, WCSU proposes to charge New York State students residing in the neighboring counties of Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster and Westchester the same in-state tuition and fees it does Connecticut State students. This should have the beneficial impacts of:

- reversing the disturbing decline in WCSU enrollment noted below and increasing overall enrollment in the coming years;
- attracting and importing New York State students to WCSU to increase the number and quality of Connecticut's future workforce;
- increasing the number of students in the residence halls (NOTE: no room and board discount is being proposed, only tuition and fees).

It must be emphasized that WCSU's top priority in enrollment management is and always will be Connecticut students, either first-time/full-time or transfer students especially from CSCU colleges. However, with the declining numbers of Connecticut high school students (see Chart No. 1) and increasing competition for these students from other institutions of higher education, this out-of-state strategy is absolutely essential to WCSU's future as a strong, vibrant and growing institution of higher education.

## 2. Discussion

Western Connecticut State University is located in Danbury, CT. It's Westside and Midtown campuses are located 3.1 and 5.8 miles, respectively, from the New York State border. Within WCSU's regional service area are the bordering counties of Dutchess, Putnam and Westchester and the neighboring counties of Orange, Rockland, Sullivan and Ulster. The cities of Newburgh (Orange), Poughkeepsie (Dutchess) and White Plains (Westchester) are all within easy driving distance of the University (i.e. under one hour). As an added note, two New York high schools, Brewster and Carmel (Putnam) have their graduation exercises in the O'Neill Center on WCSU Westside campus. It is also estimated by officials of the Danbury Fair Mall, New England's fifth largest, that approximately 40% of their retail customers are from New York.

Consequently, because of WCSU's close proximity to New York, one would be led to believe that the University should be able to successfully recruit these students, especially from New York neighboring counties within close traveling distance to the University. However, such is not the case and over the past six years, WCSU has suffered significant and disturbing declines in total FTE student enrollment and New York neighboring county students as the chart on the next page shows:

| | Total | NYS Pilot Counties | NYS Pilot Counties as % of Total |
|---|---|---|---|
| FY 2011: | 4750.6 | 234.4 | 4.9 |
| FY 2012: | 4608.8 | 211.2 | 4.6 |
| FY 2013: | 4356.6 | 192.5 | 4.4 |
| FY 2014: | 4240.3 | 180.0 | 4.2 |
| FY 2015: | 4200.8 | 188.0 | 4.5 |
| FY 2016: | 4081.2 | 149.7 | 3.7 |
| FY 2017: (estimated) | 4038.0 | 130.2 | 3.2 |

The numbers above represent a total enrollment loss of 15.0% or 712.6 undergraduate students. Over the same time period, students from the NYS pilot counties decreased by 44.4% or 104.2 students. With actions taken this year, current data suggests the possibility of a minor loss or a "flat" (i.e. similar) enrollment for FY 2017 as FY 2016. However, while the losses may have been stopped or minimized, this is clearly not acceptable, WCSU must see positive enrollment growth over the coming years. (See Chart No. 2 for more comprehensive FY 2011-17 enrollment trend data including in-state and all New York State students).)

Unfortunately, due to the significant price spread between the out-of-state tuition of $22,878 currently charged by WCSU and the in-state tuition of $8,106 charged by SUNY colleges (e.g. Purchase, New Paltz, Old Westbury, etc.), and $6,650 charged by City University of New York colleges (e.g. Baruch, CCNY, John Jay, Lehman, etc.) in the region (see Chart No. 3), WCSU has been unable to attract sufficient numbers of New York State students in its regional service area to offset the reduced number of Connecticut resident students due to the declining number of high school graduates noted above. In essence, WCSU has inadvertently "priced itself out of the market" especially for those New York high school students looking for a quality, public university education in the region. Please see Chart No. 4 for WCSU's regional recruiting area.

As a most disturbing example, despite intensive recruiting efforts, WCSU currently enrolls 38.4 students from the bordering New York county of Westchester with an estimated high school population of 69,868. These 38.4 students represent the total amount attending WCSU (freshman through senior year) or an average 9.6 students per class year! Please see Chart No. 5 for the current (Fall 2016) full time student enrollment for those select New York counties in the pilot proposal, and Chart 6 for a detailed presentation of the current yield and recruiting potential of New York students residing in these counties.

However, given the extremely low number of New York students in these counties attending WCSU, this presents a great potential for enrollment growth, given the correct recruitment strategy and financial tools to do so, i.e. the proposed New York State pilot tuition discount plan.

## 3. Potential Impact on Western Connecticut State University

If this policy is approved, WCSU enrollment management staff estimate that in the first year (AY2016-17), the University will be able to attract an additional **75 students** from the New York pilot counties. This will result in tuition and fees of $751,275 (i.e. 75 students times current in-state tuition of $10,017) and

room and board fees of $286,000 (based on an estimated 35% or 26 students, who will be campus residents with an average room and board rate of $11,000) for total increased revenues of $1,037,275.

However, there will be New York pilot county students already attending WCSU for AY17-18, who would also be eligible or “grandfathered” for the new, discounted rate from the current out-of-state tuition and fees of $22,878 to the in-state of $10,017. Consequently, the University would incur a reduction in revenues of $1,324,683 (based on the AY16-17 enrollment of approximately **103 eligible or “grandfathered” students** by the loss of $12,861 in tuition and fees per student). Consequently, there would be **revenue shortfall of $287,408** (loss of $1,324,580 less new student revenues of $1,037,275) in the first year of the pilot program. The estimated **“breakeven” for AY17-18 would be 96 students**, (estimated revenues of $1,331,232) to completely offset any loss.

In the second year of the pilot program, given additional marketing with high school counsellors and intensified recruiting efforts of prospective students and their parents or guardians through social media, advertising campaigns and campus visits, it is hoped that at least an additional 75 students can be enrolled in AY18-19 for a total of **additional 150 students over the two year pilot program**. At this point, the University would experience a net increase in revenues. Most importantly, if the pilot is successful, it could be argued that the policy be extended to all New York residents, especially the major student markets of New York City and Long Island. All the CSUs would be invited and encouraged to participate.

## 4. Potential Impact on Central, Eastern, and Southern Connecticut State Universities (CSUs)

It is hoped that in the pilot phase of this proposed policy, that any negative impact on the other CSUs will be minimal and after the pilot, the impact will be beneficial, if the policy adopted turns out to be successful and extended to include all CSUs.

In this regard, it must be emphasized that this proposal is the product of a consultative process which began in Fall, 2015 included numerous meetings and conference calls with representatives from all CSUs and CSCU Central Office. At these discussions, care was taken to appreciate the differences in the enrollment management strategies and particular issues at each sister institution. Importantly, it was also recognized that among the CSUs, WCSU’s significant enrollment declines had reached a critical point which called for immediate action. It was also emphasized that any proposal should not unduly disadvantage the other CSUs. Consequently, the pilot program only includes those New York counties in close proximity to WCSU noted above and does not include those of New York City and Long Island (which may have a negative impact on student enrollment at the other CSUs). Additionally, as far as concerns about any current Central, Eastern or Southern students from the select New York counties who may be attracted to Western because of the lower rates, it was commented that these students may have chosen their respective institutions for reasons other than price (e.g. academic program, athletics, legacy, etc.) and, if indeed, price was the primary factor in their decision a New York student might well have chosen a SUNY or CUNY college with much lower tuition rather than a CSU.

Consequently, if the WCSU pilot program proves to be successful, and with BOR review and approval, it is fully intended that the other CSUs, if they so desire, will then have the same capability to charge in-state tuition and fees to New York residents.

## 5. Conclusion

This is a student recruitment plan that must be enacted as soon as possible if WCSU is to have the capability to successfully address the mounting financial challenges it faces now and in the future, which are clearly demonstrated in Chart No 7. It will be one of the major components of a comprehensive plan to increase enrollment, restore financial stability and produce an educated workforce to ensure a bright future for WCSU, the region and the State of Connecticut.

**Charts**

Chart No. 1: Projections of High School Graduates (2011-27) – Connecticut and New York

Chart No. 2: WCSU FY 2011-17 Undergraduate FTE Student Enrollment Trends for In-State, Out-of-State, NY State and Pilot New York Counties

Chart No. 3: New York resident Student College Cost Comparison: WCSU vs. SUNY and CUNY Area Colleges

Chart No. 4: WCSU Regional Recruiting Radius Map

Chart No. 5: Current (Fall 2016) FTE Undergraduate Enrollment by Selected New York Counties and Class

Chart No. 6: WCSU New York Pilot Counties Student Enrollment: Current Yield & Recruiting Potential

Chart No. 7: WCSU Budget History and Outlook – Actual: FY11-FY15; Estimated FY16-FY17

Chart 1

# Projections of High School Graduates – Connecticut and New York*

| Year | CT HS Graduates | NY HS Graduates |
|---|---|---|
| 2011 | 43,005 | 212,829 |
| 2012 | 42,205 | 207,814 |
| 2013 | 41,146 | 202,914 |
| 2014 | 40,816 | 204,966 |
| 2015 | 40,942 | 206,218 |
| 2016 | 40,606 | 207,985 |
| 2017 | 40,065 | 211,809 |
| 2018 | 39,486 | 211,325 |
| 2019 | 38,503 | 212,814 |
| 2020 | 39,104 | 216,885 |
| 2021 | 38,340 | 217,984 |
| 2022 | 38,264 | 209,845 |
| 2023 | 38,336 | 213,018 |
| 2024 | 38,127 | 216,603 |
| 2025 | 36,949 | 214,450 |
| 2026 | 35,583 | 212669 |
| 2027 | 34,521 | 208,955 |

*Source: Western Interstate Commission for Higher Education (WICHE): American College Testing (ACT) and College Board (SAT)

Chart 2

# WCSU FY 2011-17 Undergraduate FTE Student
# Enrollment Trends for In-State, Out-of-State, NY State and Pilot New York Counties

| | Total | In-State | Out-of-State | New York State | Pilot New York Counties** |
|---|---|---|---|---|---|
| FY 2011 | 4750.6 | 4328.6 | 422.0 | 309.2 | 234.4 |
| FY 2012 | 4608.8 | 4246.3 | 362.5 | 277.9 | 211.2 |
| FY 2013 | 4356.6 | 4049.7 | 306.9 | 243.0 | 192.5 |
| FY 2014 | 4240.4 | 3969.9 | 270.5 | 217.9 | 180.0 |
| FY 2015 | 4200.8 | 3954.3 | 246.5 | 209.1 | 188.0 |
| FY 2016 | 4081.2 | 3861.4 | 219.8 | 188.0 | 149.7 |
| FY 2017 (Estimated) | 4038.0 | 3836.4 | 201.6 | 152.4 | 130.2 |

*Source: WCSU Office of Institutional Research & Assessment
** Includes Dutchess, Orange, Putnam, Rockland, Sullivan, Westchester, and Ulster Counties

Chart 3

# New York Resident Student College Cost Comparison
# WCSU vs. SUNY and CUNY Area Colleges*

| Yearly Rate | WCSU | | SUNY ** | CUNY *** |
|---|---|---|---|---|
| Yearly Rate (Full Time) | In-State | Out-of-State | In-State | In-State |
| Tuition | $5,216 | $16,882 | $6,470 | $6,350 |
| Fees | $4,801 | $5,996 | $1,636 | $300 |
| **Total Tuition & Fees** | **$10,017** | **$22,878** | **$8,106** | **$6,650** |
| **Difference: WCSU Out-of-State vs. SUNY/CUNY In-State** | **N/A** | **N/A** | **$14,772** | **$16,228** |

*** CUNY Colleges: Queens, Lehman, Brooklyn, CCNY, etc.
** SUNY Colleges: Purchase, New Paltz, Old Westbury, etc.

*Source: www.wcsu.edu/www.suny.edu/www.cuny.edu

Chart 4

# WCSU Regional Recruiting Radius Map*




*Source: Google/acscdg.com

Chart 5

# Current (Fall 2016) FTE Undergraduate Enrollment by Pilot New York Counties and Class*

| Pilot County | Total | Freshman | Sophomore | Junior | Senior |
|---|---|---|---|---|---|
| Putnam | **64.8** | 9.4 | 13.3 | 23.2 | 18.9 |
| Westchester | **38.4** | 8.5 | 10.6 | 10.3 | 9.0 |
| Dutchess | **41.5** | 6.0 | 5.1 | 13.8 | 16.6 |
| Orange | **1.4** | 0.0 | 0.0 | 0.0 | 1.4 |
| Rockland | **0.9** | 0.0 | 0.0 | 0.0 | 0.9 |
| Sullivan | **1.3** | 0.0 | 1.3 | 0.0 | 0.0 |
| Ulster | **1.4** | 1.4 | 0.0 | 0.0 | 0.0 |
| **Total** | **149.7** | **25.3** | **30.3** | **47.3** | **46.8** |

*Source: WCSU Office of Institutional Research & Assessment

Chart 6

# WCSU New York Pilot Counties Student Enrollment: Current Yield and Recruiting Potential*

| Pilot County | Estimated High School Population** | WCSU Current FTE Enrollment** | Yield/Percentage |
|---|---|---|---|
| Westchester | 69,868 | **38.4** | 0.0005 |
| Orange | 28,568 | **1.4** | 0.0001 |
| Rockland | 28,054 | **0.9** | 0.0000 |
| Dutchess | 20,484 | **41.5** | 0.0020 |
| Ulster | 10,459 | **1.4** | 0.0001 |
| Putnam | 6,747 | **64.8** | 0.0096 |
| Sullivan | 3,572 | **1.3** | 0.0004 |
| **Total** | **167,752** | **149.7** | **0.0009** |

*Source: www.newyorkschools.com
www.nysed.gov
**Fall 2016

Chart 6B

# Pilot New York State County WCSU Market Share and Projected Potential Enrollment By Penetration Rate Percentage

| Pilot County | SAT Students (2016)* | WCSU Freshman (Fall 2016) | Market Share | .001 | .003 | .005 | .010 |
|---|---|---|---|---|---|---|---|
| Putnam | 1,420 | 9.4 | .007 | 1.4 | 4.3 | 7.1 | 14.2 |
| Westchester | 14,767 | 8.5 | .001 | 14.8 | 44.3 | 73.8 | 147.7 |
| Dutchess | 3,168 | 6.0 | .002 | 3.2 | 9.5 | 15.8 | 31.7 |
| Orange | 4,443 | 0.0 | --- | 4.4 | 13.3 | 22.2 | 44.4 |
| Rockland | 4,058 | 0.0 | --- | 4.1 | 12.2 | 20.3 | 40.6 |
| Sullivan | 537 | 0.0 | --- | 0.5 | 1.6 | 2.7 | 5.4 |
| Ulster | 1,428 | 1.4 | .0009 | 1.4 | 4.3 | 7.1 | 14.3 |
| **Total** | **29,821** | **25.3** | **.000848** | **29.8** | **89.5** | **149.0** | **298.3** |

*These numbers represent those students who took the SAT only and are presumable college bound.
Projected First Year Students: 75 (Market Share = .0025)

Chart 7

# WCSU Budget History and Outlook
# Actual: FY11-FY15 / Estimated FY16-FY17*

| | Revenues | Expenditures | Deficit/Surplus | Reserves | Enrollment |
|---|---|---|---|---|---|
| FY11 | $115,745,532 | $114,194,914 | $1,550,618 | $12,776,293 | 4,750.6 |
| FY12 | $110,925,433 | $107,497,387 | $3,428,046 | $16,204,339 | 4,608.8 |
| FY13 | 109,448,619 | 109,313,961 | 134,658 | 16,338,997 | 4,356.6 |
| FY14 | 118,758,448 | 118,859,693 | 101,245 | 16,237,752 | 4,240.4 |
| FY15 | 120,755,551 | 122,713,498 | 1,957,987 | 14,279,765 | 4200.8 |
| FY16* | 125,460,371 | 127,428,793 | 1,968,422 | 12,311,343 | 4081.2 |
| FY17* | 126,586,123 | 128,769,596 | 2,183,473 | 10,127,870 | 4,038.0 |

*Source: WCSU Office of Finance & Administration

**ITEM**

Western Connecticut State University ("WCSU") Pilot Program to offer in-state tuition and fees to current and prospective students from certain New York counties.

**BACKGROUND**

WCSU has seen undergraduate enrollment decline by approximately 15% since 2011, as shown in the attached proposal. This has contributed to fiscal challenges that, along with declining state funds, has led to a budget imbalance for the University. In turn, this has necessitated use of unrestricted reserves over the past few years, which is not a sustainable solution.

The University has begun a number of marketing and communication strategies to enhance enrollment. Currently, WCSU has excess capacity in both academic facilities and dormitories. Filling excess capacity will improve fiscal results as well as afford the University the ability to offer more programs and enhanced auxiliary services.

After conferring with the other CSUs, it was determined that WCSU will limit the pilot to only certain neighboring counties which would mitigate the impact on the other CSUs but provide WCSU the biggest positive impact.

As we have increased tuition and fees each year by the same percentage over time, the spread between in-state and out-of-state has continued to grow each year. More currently, our neighboring states have begun to offer competitive rates to out-of-state students, including our Connecticut residents. This pilot program is intended to combat a potential erosion of our base, the Connecticut resident, due to these competive offers of discounted rates.

**ANALYSIS**

The proposal prepared by WCSU is attached. WCSU proposes to begin this pilot in the Fall 2017 in order to provide time for marketing. The pilot will be extended to existing students from the counties listed as well as new students and will be supported with a marketing program. Additional research performed by the University is included in the attached proposal.

WCSU has provided in their analysis a map showing that within a 35 mile radius of the campus, a significant portion fall into the state of New York. This would indicate that for commuter students, we could expect a great deal more from across the border if the rates were competitive. WCSU Enrollment management expects that the New York enrollments from the select counties could double under this pilot program.

However, we would expect that at least some percentage of students would be residential; as the dormitories are currently under capacity, this would be a good source of additional revenue for the University.

Increases in enrollment would benefit the University both financially and academically. Additional students would afford the opportunity to offer more courses and programs, would support the auxiliary services offered by WCSU, and would enrich the overall student experience through diversity.

As indicated in the attached proposal, WCSU has conferred with the other three CSUs prior to submitting the pilot to the Board for approval. Although the other CSUs raised some concern over creating a competition among the Universities, it was suggested that if price alone were the deciding factor, those New York residents currently attending CSUs would have stayed in New York and gone to SUNY or CUNY.

WCSU estimated that the first year of the pilot would cost approximately $290K net due to the grandfathering of current students, and the reduction in tuition rates, offset by the influx of an new students at the reduced rate. There are 103 students at WCSU today who would qualify for the tuition reduction (freshmen through juniors from the specified counties). That figure assumes no natural attrition among those students. Management assumes 75 new, qualified freshman under the program, and that 96 new students would be a break-even point. In addition, there will be a marketing cost of about $100,000 to support the pilot, which will be absorbed by prioritizing the University's existing budget. WCSU believes that by the second year, the local marketing with high schools will bring in additional students and that the University will begin to benefit from the increased enrollment, in excess of the tuition differential.

**RECOMMENDATION**

Approve WCSU's proposal to offer in-state tuition and fee rates to residents of seven New York neighboring counties: Dutchess, Putnam, Westchester, Orange, Rockland, Sullivan and Ulster. This pilot would begin in Fall 2017 and be evaluated after a two-year period for continuation. Those students already at WCSU who geographically qualify and new students admitted under this pilot will continue at in-state rates until graduation or withdrawal.

08/25/16 Finance & Infrastructure
09/16/16 BOR