# EXHIBIT C

Connecticut
Community
Colleges

*Education That Works For a Lifetime*

# POLICY MANUAL

## Board of Trustees
## of
## Community-Technical Colleges

**61 Woodland Street**
**Hartford, Connecticut 06105**

*[updated December, 2011]*

budget need appropriate to the use of the fee (if appropriate, collective bargaining increases and the comptroller's fringe benefit rates will be taken into account in reviewing annual inflation factors);

6. as recommended in the board of governors study of student fee policies, exceptions to increases based on general inflation parameters will be considered only under special circumstances and if supported by sufficient documentation of need;
7. student reaction to proposed increases in the student activities fee will be sought and considered in the review process.

E. In addition to the fees listed in A above, noncredit extension fees are defined as Tier II fees. Such fees shall be determined by the colleges in accordance with 6.2 III B and other applicable board policy.

(Adopted March 21, 1994; amended April 22, 1996; December 15, 1997; October 19, 1998; February 22, 1999; April 19, 1999, December 16, 2002, March 17, 2003; October 18, 2004, May 19, 2008; December 15, 2008; March 28, 2011; April 25, 2011)

### 6.5.3 Tuition and Fee Waivers

I. Student Financial Aid - Tuition Set-aside

The chancellor is directed to establish administrative and fiscal policies and procedures by which each Community College will be authorized to implement the waivers/remissions of tuition, grants for educational expenses, and student employment authorized by subsection (e) of section 10a-77 of the general statutes, as amended, provided that only those persons classified as in-state students under sections 10a-26 through 10a-31 of the general statutes and enrolled as full-time or part-time matriculated students in a degree-granting program, or enrolled in a precollege remedial program, who demonstrate substantial financial need shall be eligible for tuition waivers, remissions, grants for educational expenses, and student employment under this policy.

Statutorily-Based Waivers - Pursuant to section 10a-77 of the general statutes, as amended, the tuition and/or fees of Connecticut residents in the following categories shall be waived as specified in the general statutes.

A. Veterans

Pursuant to section 10a-77(d)(2) of the general statutes, as amended, the payment of tuition fees shall be waived for any veteran having served on active duty in time of war as defined in section 27-103(a) of the general statutes, provided that the veteran is a resident of Connecticut at the time of registration.* Proof of eligibility shall include official U.S. department of

---

* According to section 27-103(a), "(1) 'Armed forces' means the United States Army, Navy, Marine Corps, Coast Guard and Air Force; (2) 'veteran' means any person

defense discharge records and/or such other official records as the college deems necessary.

B. Dependent Children of Certain Veterans

Pursuant to section 10a-77 of the general statutes, the tuition of veterans and the dependent children of persons missing in action or former prisoners of war shall be waived, as provided below, at all Community Colleges effective with the fall semester of 1973:

1. The payment of tuition fees shall be waived for any dependent child of a person who, while serving in the armed forces of the United States after January 1, 1960, (a) was declared to be missing in action, or (b) was declared to have been a prisoner of war, provided that the person missing in action or the former prisoner of war was a resident of Connecticut.

2. The requirements for eligibility under this provision shall include the presentation of appropriate documentation from the U.S. department of defense concerning the status of a person as one who had been declared to be missing in action or as a former prisoner of war.

C. National Guard Members

---

honorably discharged from, or released under honorable conditions from active service in, the armed forces; (3) 'service in time of war' means service of ninety or more days except, if the war, campaign, or other operation lasted less than ninety days, "service in time of war" means service for the entire duration of the war, campaign or other operation, unless separated earlier because of a service-connected disability rated by the Veterans' Administration, during the Spanish-American War, April 21, 1898, to August 13, 1898; the Philippine insurrection, August 13, 1898, to July 4, 1902, but as to engagements in the Moro Province, to July 15, 1903; the Boxer Rebellion, June 20, 1900, to May 12, 1901; the Cuban pacification, September 12, 1906, to April 1, 1909; the Nicaraguan campaign, August 28, 1912, to November 2, 1913; the Haitian campaign, July 9, 1915, to December 6, 1915; the punitive expedition into Mexico, March 10, 1916, to April 6, 1917; World War I, April 6, 1917, to November 11, 1918, but as to service in Russia, to April 1, 1920; World War II, December 7, 1941, to December 31, 1946; and the Korean Hostilities, June 27, 1950, to January 31, 1955; and shall include service during the Vietnam era, December 22, 1961, to July 1, 1975; and shall include service while engaged in combat or a combat support role during the peace-keeping mission in Lebanon, September 29, 1982 to March 30, 1984, the invasion of Grenada, October 25, 1983 to December 15, 1983, Operation Earnest Will, involving the escort of Kuwaiti oil tankers flying the United States flag in the Persian Gulf, February 1, 1987 to July 23, 1987, and the invasion of Panama, December 20, 1989 to January 31, 1990; and shall include service during Operation Desert Shield and Operation Desert Storm, August 1, 1990 to June 30, 1994; and shall include active duty for service in the demilitarized zone in South Korea after February 1, 1955, in Somalia after December 2, 1992, and in Bosnia after December 20, 1995, and shall include service during such periods with the armed forces of any government associated with the United States."

Pursuant to section 10a-77 of the general statutes, as amended, the tuition of any member of the Connecticut army or air national guard shall be waived, as provided below, at all Community Colleges:

1. To be eligible for such waiver, a member of the Connecticut army or air national guard must
   a. be a resident of Connecticut,
   b. be certified by the adjutant general or his or her designee as a member in good standing of the guard, and
   c. be enrolled or accepted for admission in a Community College in a degree-granting program.

2. The tuition waiver authorized by this policy shall be reduced by the amount of any educational reimbursement received from an employer.

3. The chancellor shall establish administrative procedures necessary for the implementation of this policy.

D. Persons Over Sixty-two Years of Age

Pursuant to section 10a-77 of the general statutes, as amended, the tuition and fees of Connecticut residents sixty-two years of age or over shall be waived as provided below at all Community Colleges:

1. The application fee and all general fees shall be waived for any Connecticut resident sixty-two years of age or older who has been accepted for admission.

2. Tuition shall be waived for any Connecticut resident sixty-two years of age or older who has been accepted for admission, provided, at the end of the regular registration period, there is space available in the course in which the person intends to enroll.

3. The requirements for eligibility under this provision shall include the presentation of appropriate evidence of age.

E. Dependent Children of Certain Police or Firefighters

Tuition is waived for any dependent child of a police officer, as defined in section 7-294a of the general statutes, or a supernumerary or auxiliary police office, or firefighter, as defined in section 7-323j, or member of a volunteer fire company, killed in the line of duty.

F. Dependent Child or Surviving Spouse of Specified Terrorist Victim

Tuition is waived for any Connecticut resident who is a dependent child or surviving spouse of a specified terrorist victim, as defined in section 1 of Public Act No. 02-126, who was a resident of Connecticut.

III. Miscellaneous Fee Waivers and Transfers

A. Application Fee Waiver - CONNTAC and Upward Bound - Presidents are authorized to waive the application fee in the cases of students applying through referral by the Connecticut talent assistance cooperative for higher education (CONNTAC) and students recommended for admission through their participation in the upward bound program.

B. Application Fee Waiver - Hardship Cases - One of the hurdles hindering disadvantaged minority group individuals from taking advantage of the open door education policy of the Community Colleges is the inability to pay the initial application fee. Therefore, each president is authorized to waive such fee in hardship cases where application has been made for such waiver, providing total waivers under this section do not exceed five percent of the total applications made.

C. Application Fee and Program Enrollment Fee Transfer - The board authorizes the transfer of the application fee and the program enrollment fee from any one of the Community Colleges in Connecticut to any one of the other public higher education units in which such student (full-time or part-time) thereafter enrolls, provided such enrollment occurs no later than sixty days after the beginning of the academic term in the institution to which the student originally applied. The board authorizes the transfer of such fees from one Community College to another Community College in Connecticut provided that the student presents evidence of payment and that enrollment in the second institution occurs no later than the following semester of the regular academic year. In lieu of actually transferring the fee, the colleges involved may agree to waive the fee at the second institution in which the student has enrolled.

D. Student Activity Fee Waiver - Off-campus Students - Presidents are authorized to waive the student activity fee for students enrolled in courses offered at off-campus locations.

E. Fee Waiver - Special Programs - Presidents are authorized to waive student fees for students enrolled in special programs when the circumstances of such students render them incapable of paying the fees or of benefiting from the services for which the fees are charged.

F. Fee Waiver - TV Courses - General fees (college services fee and student activity fee) shall be waived for a student enrolled in a TV course unless the student is enrolled for other courses being taught in college facilities for which regular tuition and general fees are charged.

IV. Employee Waivers - The application fee, program enrollment fee, college services fee and student activity fee shall be waived at all Community Colleges for full-time employees of the Connecticut Community College system and their spouses and dependent children.