# EXHIBIT D

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CONNECTICUT; THE OFFICE OF HIGHER EDUCATION; TIMOTHY LARSON, the Commissioner of Higher Education, in his official capacity; THE BOARD OF REGENTS FOR HIGHER EDUCATION; THE BOARD OF TRUSTEES OF THE UNIVERSITY OF CONNECTICUT.<br><br>Defendants. | Civil No. 3:26-cv-1278 |

**AFFIDAVIT OF RAM ABERASTURIA**

I, Ram Aberasturia, being duly sworn, hereby depose and say:

1. I am over the age of eighteen and understand the obligations of an oath.
2. The information contained herein is based on my personal knowledge.

## I. BACKGROUND

3. I am employed as a Division Director for the Office of Higher Education (OHE). My duties are overseeing the finance and student financial aid divisions. I have been employed in that position since 2019.
4. I have reviewed the allegations concerning OHE that are contained in the Complaint in this matter.
5. OHE administers two programs referenced in the Complaint, the Roberta B. Willis Scholarship program and the Student Loan Reimbursement Program.

## II. THE STUDENT LOAN REIMBURSEMENT PROGRAM (SLRP)

6. The SLRP provides eligible Connecticut residents with post-secondary educational financial assistance by reimbursing them for qualifying student loan payments they have already made.

7. The Connecticut General Assembly established the SLRP to help reduce the financial burden of student loan debt and support residents who have pursued higher education or qualifying professional credentials.

8. The SLRP reimburses eligible Connecticut residents for eligible loan payments (Eligible Payments) they have made, up to $5,000 per year, with a lifetime program cap of $20,000 over four years. Applicants must also have an outstanding loan balance.

9. Eligible Payments are payments that the eligible Connecticut resident has made for qualifying federal, state-sponsored, and private student loans.

10. Applicants submit an online application, and all required supporting documentation through the CT Scholars portal.

11. Overview of OHE SLRP implementation:

    a. Applicants submit their applications and all required eligibility documentation to OHE through the CT Scholars portal.

    b. OHE reviews the documentation to verify residency, income, educational qualifications, qualifying loan debt, payments, and community service requirements.

    c. Approved applicants receive reimbursement for eligible student loan payments they made during the preceding calendar year, up to the annual limit and subject to available appropriations.

12. Eligible requirements:

    a. Connecticut residency: Must be a current Connecticut resident and have maintained residency for at least five consecutive years immediately before applying.

    b. Verification: Applicants must submit to OHE their Federal tax returns for verification purposes.

13. Recipient requirements:

    a. Complete a W-9 and Vendor Form which includes their social security number and home address.

    b. Before receiving any funds, certify under the penalties of perjury that they are a U.S. citizen or other U.S. person.

14. Education or professional credential:

    a. Recipients mut have graduated from an eligible Connecticut public or private college or university with a degree, hold a qualifying occupational or professional license or certification, or qualify under an applicable hardship waiver.

    b. Certain former Stone Academy students may also qualify under special statutory provisions.

    c. Applicants must provide a copy of their degree or certificate.

15. Income limits: Recipients must have a federal adjusted gross income of no more than $125,000 for single filers or $175,000 for qualifying joint filers, heads of household, and surviving spouses. These limits are established by statute.

16. Student loan payments: Recipient must have made qualifying student loan payments during the applicable calendar year and maintain an outstanding qualifying student loan

balance. Applicants must provide proof of payment. Documents must include their name, address, and payments history.

a. Federal Loans: To receive a federal student loan, applicants must verify that they are a U.S. citizen or a legal permanent resident through FSA (Federal Student Aid). The U.S. Department of Education verifies citizenship or eligible immigration status as part of determining eligibility for federal student aid.

b. State Sponsored Loans Connecticut Higher Education Supplemental Loan Authority (CHESLA): CHESLA requires borrowers to be U.S. citizens or eligible non-citizens and meet specified residency and institutional eligibility requirements.

c. Private student loans: Private lenders set their own eligibility requirements. To the best of my knowledge, common eligibility requirements include citizenship and immigration status, credit history and credit score, income and ability to repay, and identification and documentation.

17. Community service: Complete 50 hours of qualifying volunteer service for each year of participation, unless an applicable waiver or statutory exception applies. A Volunteer Organization Confirmation Form must be completed and signed by the nonprofit organization official or authorized agent of the organization and notarized.

## III. ROBERTA B. WILLIS SCHOLARSHIP PROGRAM (RWSP)

18. The RWSP provides a need-based grant and a need-merit based scholarship to eligible CT students enrolled at least half-time in a participating CT institution of higher education. Need-based grant allocations are disbursed directly to participating institutions for

distribution to eligible students. Need-merit scholarships are awarded by OHE, and funds are disbursed to participating schools to be applied to eligible student accounts.

19. Need-Based grants:

    a. Recipients must be CT residents attending a participating RWSP institution for their first associate or bachelor's degree.

    b. Recipients must have a "student aid index" (SAI) assigned on their Free Application for Federal Student Aid" (commonly referred to as the FAFSA), of less than 14,790 to be eligible for the grant.

20. Need-Merit scholarship recipients:

    a. Must be CT residents attending a participating RWSP institution for their first associate or bachelor's degree.

    b. Must have an SAI, assigned on their FAFSA, of less than 11,000 to be eligible for the scholarship.

    c. Need-merit scholarship students, in their junior or senior year of high school or upon graduation, must be in the top 20% of their class academically, or have scored a 1,200 or better on their SAT, or have scored a 25 or better on their ACT to qualify.

    d. Institutions also verify student eligibility and continued enrollment status at the institution.

21. Auditing:

    a. All need-based grant and need-merit scholarship students must have submitted a valid FAFSA for each award period.

    b. OHE utilizes FAFSA data to determine eligibility for the grant or scholarship.

c. OHE requires RWSP institutions to self-attest to program compliance.

d. Additionally, OHE performs frequent audits to ensure that RWSP institutions only provide RWSP funds to eligible students. As stated above, the eligibility requirements include, among other things, submission of valid FAFSAs.

**IV. SLRP & RWSP**

22. To the best of my knowledge, undocumented aliens are neither eligible for nor receive funding from the SLRP or the RWSP.

Ram Aberasturia

Subscribed and sworn to before me on this 3rd day of November, 2026.

Ryan Tiscia
Notary Public-Connecticut
My Commission Expires
September 30, 2029

Notary Public / Commissioner of the Superior Court